IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02096-KLM

AMANDA CLAYTON,

    Plaintiff,

v.

DREAMSTYLE REMODELING OF COLORADO, LLC.; DREAMSTYLE REMODELING, INC.,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amanda Clayton and Defendants Dreamstyle Remodeling of Colorado, LLC and Dreamstyle Remodeling, Inc., jointly and by and through their respective undersigned counsel, respectfully notice the Court of their settlement and submit their joint stipulation for dismissal with prejudice to the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 9th day of June 2022.

| | |
|---|---|
| */s/ Christopher G. Wilhelmi* | *s/ Thomas W. Carroll* |
| Christopher G. Wilhelmi | Thomas W. Carroll |
| Stinar & Zendejas, PLLC | Erin Ashley Webber |
| 121 E Vermijo Ave., Ste. 200 | Littler Mendelson, P.C. |
| Colorado Springs, CO 80903 | 1900 Sixteenth Street, Suite 800 |
| Phone: (719) 635-4200 | Denver, CO  80202 |
| Fax: (719) 635-2493 | Telephone: (303) 629-6200 |
| Email: chris@coloradolawgroup.com | Facsimile: (303) 629-0200 |
| *Attorney for Plaintiff* | Email: tcarroll@littler.com |
| | ewebber@littler.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2022, I have caused a true and correct copy of the foregoing to be filed and electronically served on all counsel of record listed below via CM/ECF:

Erin A. Webber
Thomas W. Carroll
Attorneys for Defendants
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
ewebber@littler.com
tcarroll@littler.com

*/s/ Zeta Graves*
Zeta Graves